**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Stephen Reise**

**vs.** **C.A. No. 04-158 (ML)**

**Ashbel T. Wall, Joseph Marocco,**
**Scott Allen, Baruh Motola,**
**Mel White, sued in their individual**
**and official capacities**

**DEFENDANT BARUH MOTOLA, M.D.'s OBJECTION TO PLAINTIFF'S NOTICE OF INTENT TO APPEAL**

Now comes the Defendant Baruh Motola, M.D. and hereby joins co-defendants Ashbel T. Wall, Joseph Marocco, and Melvin White's objection to plaintiff's request that this Court issue an order stating that the necessary requirements have been satisfied pursuant to 28 U.S.C. § 1292 (b). Defendant hereby incorporates by reference the argument set forth in co-defendants Objection.

Defendant, Baruh Motola,
By his attorneys,

Tate & Associates

Alan P. Tate, Esquire #1647
Jeffrey G. Latham, Esquire #6264
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400
Fax (401) 351-3239

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of May, 2005, to the following:

Stephen Reise, Pro Se
P.O. Box 8274
Cranston, RI 02920

Michael W. Field, Esquire
Office of Attorney General
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jennifer F. LoBello

3843.obj-appeal