UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

May 24, 2005

Attn: CLERK OF COURT
U.S. Court of Appeals
U.S. Courthouse - Suite 2235
1 Courthouse Way
Boston, MA 02210

RE: CA 04-158ML CCA# 05-1783

Reise v. Wall, et al.

Dear Clerk of Court:

Enclosed herewith you will find the Notice of (**Interlocutory**) Appeal filed in the above-referenced case. Also enclosed are certified copies of other original documents pertaining to the instant appeal.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

***Encl:**
**Doc# 303: Notice of Interlocutory Appeal**
**Doc# 302: Order denying pltf's objection to USMJ order**
**Doc# 300: Pltf's objection to USMJ order**
**Doc# 299: USMJ Memorandum & Order**
**Doc# 298: Pltf's M/Leave to File Instanter...and Exceed Page Limits**
**Doc# 297: USMJ order**
**Doc# 290: Pltf's objection to USMJ order**
**Doc# 289: USMJ order refusing pltf's documents**
**Doc# 1: Complaint**