UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Court

FILED JUN 20 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

STEPHEN REISE PRO SE

VS. CASE NO. 04-0158(ML)

ASHBEL T. WALL et. al.

MOTION FOR LEAVE FOR A REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S BARUH MOTOLA'S AND SCOTT ALLEN'S REPORT AND RECOMMENDATION BY OBJECTION

Now comes the plaintiff, Stephen Reise who requests that the Honorable Court allow the pro se plaintiff a thirty day extension in which to answer by objection to both REPORT AND RECOMMENDATIONS entered on June 2 2005. The plaintiff is acting pro se and needs additional time to prepare and do legal research to support his objections. Both REPORTS were served upon the pro se simultaneously and the plaintiff does not feel he can meet the Courts ten (10) day response deadline as an incarcerated inmate subject to the restraints of the A.C.I.

Wherefore, the plaintiff prays that the Court will grant a thirty day extension to allow the plaintiff ample time to respond.

Granted. Mary M. Lisi USDJ 6/23/05

Respectfully,

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

[signature]

CERTIFICATION

I hereby swear upon penalty of perjury that a true copy of this documentation was mailed in the interdepartmental mailbox, postage pre-paid on this 14 day of June 2005, and mailed to the persons below;

Jay Elias Esq
1600 Financial Plaza
Prov., RI, 02903

Allen Tate Esq
321 South Main St.
Prov., RI, 02903

Michael Field
Attorney Generals Office
150 South Main St.
Prov., RI, 02903

[signature]