UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND court

STEPHEN REISE PRO SE

V. CASE NO 04-0158

ASHBEL T. WALL, ET. AL.

FILED JUN 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR LEAVE TO FILE
MOTION FOR AN EXTENSION OF TIME

Now comes the plaintiff Stephen Reise, who moves this court for an extension of time to respond to the Magistrates "REPORT AND RECOMMENDATION" and "MEMORANDUM AND ORDER" entered on June 13 2005 in the above case number. The plaintiff also requests an extension to file for "IN FORMA PAUPERIS" in the appeal docketed as Case no. 5-1783 in association to the above Case number.

The receiving of all of the above documentation was on June 17 2005, thus prejudicing the plaintiff by four (4) days of the Ten (10) day response time. Furthermore, as of June 27 2005 or possibly earlier the prison Law library will be closed for an undetermined amount of time as the Department of corrections are moving the Law Library and most likely downsizing its litature, effectiveness and capacity and availability.

Wherefore, the plaintiff requests a thirty day extension to respond to the above matters due to the uncertainty of the present circumstances.

Granted. Mary M. Lisi USDJ 7/5/05

Respectfully

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

CERTIFICATION

I hereby swear that a true copy of this documentation was placed in the interdepartmental mailbox, postage pre-paid on this JUNES 22 day of 2005 and sent to the persons below;

JAY ELIAS ESQ.
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

MICHAEL FIELD
ATTY. GEN. OFFICE
150 SOUTH MAIN ST.
PROVIDENCE, RI 02903

ALAN TATE ESQ
321 SOUTH MAIN ST.
PROVIDENCE, RI
02903