**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN REISE** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-158-ML** |
| | : | |
| **ASHBEL T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MATOLA, MEL WHITE, sued in their individual and official capacities** | : | |
| | : | |
| **Defendants** | : | |

**DEFENDANT SCOTT ALLEN'S OBJECTION TO PLAINTIFF STEPHEN REISE'S MOTION FOR EXTENSION OF TIME**

Defendant Scott Allen hereby objects to Plaintiff Stephen Reise's Motion for Extension of Time to respond to the Magistrate's Report and Recommendation in this matter and to file for *in forma pauperis* in the First Circuit Court of Appeals. As grounds therefore, the Defendant relies on the attached Memorandum of Law.

Defendant,
Scott Allen
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 7 day of July, 2005, to the following:

Stephen Reise, Pro se
P.O. Box 8274
Cranston, RI 02920

Michael W. Field, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Alan R. Tate, Esquire
Tate & Associates
321 South Main Street
Providence, RI 02903

Peggy Medagli

*Obj to Mtn for Extension of Time*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN REISE** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-158-ML** |
| | : | |
| **ASHBEL T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MATOLA, MEL WHITE, sued in their individual and official capacities** | : | |
| | : | |
| **Defendants** | : | |

**DEFENDANT SCOTT ALLEN'S MEMORANDUM OF LAW IN SUPPORT OF HIS OBJECTION TO PLAINTIFF STEPHEN REISE'S MOTION FOR EXTENSION OF TIME**

Now comes Defendant Scott Allen and hereby objects to Plaintiff's Motion for Extension of Time to respond to the Magistrate's Report and Recommendation in this matter. Plaintiff has sought a thirty day extension to respond to this Court's Report and Recommendation as well as to file for *in forma pauperis* in the First Circuit Court of Appeals "due to the uncertainty of the present circumstances."

This Court properly cannot exercise jurisdiction over matters concerning any appeal filed with the First Circuit Court of Appeals inasmuch as the appellate action is a separate action. The District Court is the improper forum for filing the instant motion. Thus, Plaintiff's motion should not be entertained by this Court and properly should be denied.

WHEREFORE, Defendant Scott Allen respectfully requests that this Honorable Court deny Plaintiff's Motion for Extension of Time.

Defendant,
Scott Allen
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 7 day of July, 2005, to the following:

Stephen Reise, Pro se
P.O. Box 8274
Cranston, RI 02920

Michael W. Field, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Alan R. Tate, Esquire
Tate & Associates
321 South Main Street
Providence, RI 02903

Peggy Medagli