UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND Court Orig.

STEPHEN REISE PRO SE

V.

CASE NO. 04-0158
CASE NO. 5-1783

ASHBEL T. WALL, et. al.

**MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**
**[28 USCA § 1915, F.R.A.P. RULE 24]**

Plaintiff Stephen Reise, moves for an order permitting him to prosecute and appeal from the judgment entered herein in forma pauperis, pursuant to the provisions of Title 28, United States Code, Section 1915, and in support thereof attaches the affidavit of said plaintiff.

Dated 6/20/05

Respectfully

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

**CERTIFICATION**

I hereby swear that a true copy of this document was placed in the interdepartmental mailbox, postage pre-paid on this 22 day of July 2005 and sent to the persons below:

JAY ELIAS ESQ.
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

ALAN TATE ESQ.
321 SOUTH MAIN STREET
PROVIDENCE, RI, 02903

MICHAEL FIELD
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN ST.
PROVIDENCE, RI, 02903

**Form 4.**
**Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis**

United States District Court for the District of Rhode ISlAND

STEPHEN REISE
A.B., Plaintiff

v. Case No. 04-0158 ML

A.T. WAll et. aL.
C.D., Defendant

APPEAL NO. 05-1783

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: [signature] | Date: 7/20/05 |

My issues on appeal are: Should Pro se's response to Summary Judgment be denied for his inability to plead the issues in the same amount of Pages as skilled Attorneys, that were basically set on the Skilled Attorney's ability to plead such issues.

1. *For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| **Income source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 20.58 | $ N/A | $ 45.00 | $ N/A |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ | $ |
| Interest and dividends | $ N/A | $ | $ | $ |

| | | | | |
|---|---|---|---|---|
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify):________ | $ | $ | $ | $ |
| **Total Monthly income:** | $ 4600 | $ | $ | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Prison Plate Shop | P.O. Box 8274 | 2001 – 5/12/2004 | $90.00 |
| Prison Porter | P.O Box 8274 | Dec 2004 to present | $35.16 |
| | | | |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. *How much cash do you and your spouse have?* $ N/A
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

As of 6/29/05 Active Account has Negative balance

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Inmate Accounts | Active | $ -12.78 | $ |
| Inmate Accounts | FROZEN | $ 17.96 | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home** (Value)

N/A

**Other real estate** (Value)

N/A

**Motor Vehicle #1** (Value)

Make & year:

Model: N/A

Registration #:

**Motor Vehicle #2** (Value)

Make & year:

Model: N/A

Registration #:

**Other assets** (Value)

N/A

**Other assets** (Value)

N/A

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home)<br>Are any real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 12.00 | $ N/A |
| Clothing | $ 7.00 | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ 5.25 | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other:________________ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |

| | | |
|---|---|---|
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): N/A | $ N/A | $ N/A |
| Department store (name): N/A | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): Legal Copies & Postage and filing Fees | $ 76.45 | $ N/A |
| **Total monthly expenses:** | $ 99.70 | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*

☑ Yes ☐ No If yes, describe on an attached sheet.

Expect to MAKE $15.00 dollars more per month

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $________

If yes, state the attorney's name, address, and telephone number:

_______________________________________________

_______________________________________________

_______________________________________________

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

☐ Yes ☒ No

If yes, how much? $________

If yes, state the person's name, address, and telephone number:

N/A

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I have no assets, my costs to litigate exceed my means and am often put into a negative balance forcing me to choose between Basic necessities and litigation I currently owe many relatives who have consistently helped me to keep my head above water substantial amounts of money.

13. *State the address of your legal residence.*

P.O. Box 8274 Cranston, Rhode Island 02920

Your daytime phone number: (____) N/A

Your age: 43 Your years of schooling: 12

Your social security number: 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

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 29 A 10:47
FILED 96