See attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND Court copy

STEPHEN REISE PRO SE

V.

CASE NO. 04-0158
CASE NO. 5-1783

ASHBEL T. WALL, et. al.

FILED JUL 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**
**[28 USCA § 1915, F.R.A.P. RULE 24]**

Plaintiff Stephen Reise, moves for an order permitting him to prosecute and appeal from the judgment entered herein in forma pauperis, pursuant to the provisions of Title 28, United States Code, Section 1915, and in support thereof attaches the affidavit of said plaintiff.

Dated 6/20/05

Respectfully

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

[signature]

**CERTIFICATION**

I hereby swear that a true copy of this document was placed in the interdepartmental mailbox, postage pre-paid on this 22 day of July 2005 and sent to the persons below:

JAY ELIAS ESQ.
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

ALAN TATE ESQ.
321 SOUTH MAIN STREET
PROVIDENCE, RI, 02903

MICHAEL FIELD
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN ST.
PROVIDENCE, RI, 02903

[signature]

Denied without prejudice as premature
Mary M. Lisi USDJ 8/9/05