**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN REISE** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-158-ML** |
| | : | |
| **ASHBEL T. WALL, JOSEPH MAROCCO,** | : | |
| **SCOTT ALLEN, BARUH MATOLA,** | : | |
| **MEL WHITE, sued in their** | : | |
| **individual and official capacities** | : | |
| | : | |
| **Defendants** | : | |

**DEFENDANT SCOTT ALLEN'S OBJECTION TO PLAINTIFF STEPHEN REISE'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

Defendant Scott Allen hereby joins co-defendants Baruh Matola, Ashbel T. Wall, Joseph Marocco and Melvin White in objecting to plaintiff's motion for leave to appeal *in forma pauperis*. In support thereof, Defendant Allen relies upon the Memorandum of Law Responding to Plaintiff's Motion for Leave to Appeal In Forma Pauperis of defendants A.T. Wall, Joseph Marocco, and Melvin White's, a copy of which is attached hereto.

Defendant,
Scott Allen
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 10 day of August, 2005, to the following:

Stephen Reise, Pro se
P.O. Box 8274
Cranston, RI 02920

Michael W. Field, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jeffrey G. Latham, Esquire
Tate & Associates
321 South Main Street
Providence, RI 02903

Peggy McLaughlin

*Obj to P's Mot to Proceed In Forma Pauperis 8.10.05.wpd*

4048 COD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STEPHEN REISE
Plaintiff

v. U.S.D.C. No. 04-158ML

ASHBEL T. WALL, JOSEPH MAROCCO
SCOTT ALLEN, BARUH MATOLA, MEL
WHITE, sued in their individual and official
capacities
Defendants

**DEFENDANTS WALL, MAROCCO, AND WHITE'S MEMORANUM OF LAW RESPONDING TO PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

Defendants Wall, Marocco, and White (hereafter "Defendants") respond to Plaintiff Reise's "Motion for Leave to Appeal In Forma Pauperis" by first observing that although containing the words "Motion for Leave," Reise's filing violates the February 1, 2005 Order of this Court requiring all parties to seek leave of court prior to filing any motions. See February 1, 2005 Order (attached). On this basis alone, this Court should deny the instant Motion and admonish Reise that he must comply with the Court's Orders.

On the merits of Reise's Motion, he simply has provided insufficient information for this Court to grant his motion. Most notably, Reise has failed to provide a certified copy of his prison bank account statement for the preceding six (6) months. See 28 U.S.C. § 1915(a)(2). Moreover, regarding the appeal Reise seeks to pursue in forma pauperis, the First Circuit has issued an order (attached) directing Reise to show cause why his appeal should not be dismissed as interlocutory. Accordingly, although the First

RECEIVED AUG 0 3 2005

Circuit has yet issue an Order at the time of this filing, it is entirely probable that Reise's appeal will be dismissed as interlocutory.

For the reasons discussed, Defendants pray that this Motion be denied as improper, procedurally and substantially.

Respectfully Submitted,
Defendants, A.T. Wall, Joseph Marocco and Melvin White

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael W. Field #5809
Special Assistant Attorney General
Thomas A. Palombo
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 x 2380
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within Memorandum, first-class mail, postage pre-paid, on this 2nd day of August, 2005 to those indicated below:

Stephen Reise
Post Office Box 8274
Cranston, RI 02920

Jay Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Alan Tate, Esquire
Tate and Associates
321 South Main Street
Providence, Rhode Island 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STEPHEN REISE**

v. C.A. No. 04-158 ML

**A.T. WALL**, Director of the
Rhode Island Department of Corrections, et al.

**<u>O R D E R</u>**

On September 27, 2004, this writer issued a Pretrial Order ("Order") in the above captioned case. The Order delineated numerous directives. Of particular importance here, the Order provides that "[a]fter 10 days from the close of discovery, no motions shall be filed and accepted by the Clerk of the Court except by leave of the undersigned;..." <u>See</u> Pretrial Order, ¶ 11 (document # 73). This paragraph pertains to non-dispositive motions. Discovery closed in this case on December 17, 2004, and yet despite the above mentioned directive, the parties continue to file motions without asking for and receiving leave to do so.

Accordingly, the following motions are hereby **DENIED**, due to the parties' failure to ask for and receive leave to file their respective motion:

1. Defendant Baruha Motola's Motion to Strike, filed on January 7, 2005;
2. Defendant Joseph Marocco's Motion to Strike, filed on January 7, 2005;
3. Defendant Scott Allen's Motion to Strike, filed on January 11, 2005;
4. Defendant Scott Allen's Motion to Compel, filed January 11, 2005;
5. Plaintiff Stephen Reise' s Motion for Relief, filed on January 20, 2005; and
6. Plaintiff Stephen Reise's Motion for the entry of Default (incorrectly titled "Motion for a Conditional Dismissal"), filed on January 26, 2005.

Additionally, the time in which to file dispositive motions has passed (January 21, 2005). Accordingly, **no further motions shall be accepted by the Clerk of Court**. The Clerk of Court is hereby **ORDERED** to return to any party any further motion that is filed in this case without leave of the undersigned.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 1, 2005

# United States Court of Appeals
## For the First Circuit

No. 05-1783

STEPHEN REISE,

Plaintiff - Appellant,

v.

A.T. WALL; JOSEPH MAROCCO; MEL WHITE, RN;
SCOTT ALLEN; BARUH MATOLA,

Defendants - Appellees.

**ORDER OF COURT**
**Entered:** July 6, 2005

On May 24, 2005, plaintiff-appellant Stephen Reise filed a notice of appeal in Civil Action No. 04-158ML from the Memorandum and Order dated April 26, 2005 and the Order dated May 10, 2005. Because the April 26, 2005 and the May 10, 2005 orders may not be final judgments or appealable interlocutory orders, it appears that this court may not have jurisdiction to consider this appeal. 28 U.S.C. § 1291, § 1292.

Accordingly, appellant is ordered either to move for voluntary dismissal of the appeal, pursuant to Fed. R. App. P. 42 (b), or to show cause, in writing, why this appeal should not be dismissed. Failure to take either action by **July 20, 2005** may result in dismissal of the appeal for want of diligent prosecution.

By the Court:
Richard Cushing Donovan, Clerk
MARGARET CARTER

By:________________________
Chief Deputy Clerk

[cc: Stephen Reise, Thomas Palombo, AAG, Michael Field, AAG,
Jay Elias, Esq., Alan Tate, Esq.]