UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

Court Original

Stephen Reise Pro Se
V.
A.T. Wall et al.

C.A. NO. 04-0158 (ML)

Addendum to the Plaintiff's Objection to the Report and Recommendation of the Granting of Summary Judgement to Defendant's WALL, MAROCCO and White

Now comes the Plaintiff Stephen Reise who has Challenged the Closing of "Sick CAll" Which is now a Current problem that was and is a Claim in the above Case number. the Plaintiff Claims the Closing of "Sick Call" has resumed and blatently and wantonly in defiance of both Melvin White's and A.T. Walls Sworn affidavits, and this Courts Settlement agreement of Palmigiano V. Sundlun, C.A. NO 74-0172 and 75-0032, at page 16, Section IV, Which States, " The defendants Shall at all times maintain an adequate and Constitutional System of Medical, dental, and mental health Care. They Shall employ Sufficient Staff to maintain a primary Care System with a focus on preventive health Care, health Maintenance and prospective management of Chronic diseases." The defendant are in Civil Contempt of both their Sworn affidavits and the above Settlement agreement, through the following alleged actions.

The Plaintiff On July 8 2005 filed an <u>Informal Request for A Resolution of Grievance</u> which is attached Consisting of pages One (1) through nine (9). The end result was Lt. Flynn Stating as far as he was concerned the problem is resolved. This Conversation took place on July 21 2005 in which the Lieutenant advised me and assured me that the Closing of Sick Call will not happen again.

Just Ten (10) days later the Closing of Sick Call again resumed and was posted on the entrance of the Medium ONE Hospital door at which time the Plaintiff has attempted to file a formal level one grievance. All documentation related to the grievance I am attempting to file are attached consisting of pages Ten (10) through fifteen. (15).

Pages (13) thru (15) of the attached documentation reflects the tortorous travel I have spent in trying to file my grievance. I have been unable to <u>utilize</u> the grievance procedure and have been <u>misinformed</u> and <u>misled</u> in its <u>operation</u> and <u>availability</u>. This Clearly reflects that the grievance procedure is unavailable as Stated in <u>Croswell V. McCoy</u> 2003, WL 962534 at *4 Or Alverez V. U.S. 2000, WL, 557328 at 2.

Wherefore, this addendum and the attached documentation reflects the appearance of the false filing

of affidavits and civil contempt of <u>this</u> Courts Conscent or settlement agreement through the closing of Sick Call, It further clearly shows the inability to utilize the grievance procedure through the missleading of its operation and availability. Supporting my previously filed objection. The administration has not even informed its staff of who the acting grievance coordinator is, or for that matter, it appears they have not informed the acting grievance coordinator himself. Thus the plaintiff requests that the defendants granting of summary judgment based on the plaintiffs failure to exhaust administrative remedies can not stand. I have spent a full week seeking to submit my grievance. (See pgs. 13 & 15)

Prepared by

Stephen Reise
P.O. Box 8274
Cranston, R.I. 02920

[signature]

Note: Please pay special attention to pages 13 thru 15 found in the bottom right hand corner of the attached exhibits

**CERTIFICATION**

I hereby swear upon penalty of purjury that this documentation was placed in the interdepartmental mailbox, postage pre-paid on this 8 day of M[redacted]h August 2005, and sent to the persons below:

JAY ELIAS ESQ
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

MICHAEL FIELD/THOMAS PALOMBO
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN ST.
PROVIDENFCE RI, 02903

ALAN TATE/REBECCA WARR ESQ.
321 SOUTH MAIN ST.
PROVIDENCE, RI, 02903

INFORMAL REQUEST FOR RESOLUTION OF GRIEVANCE

# MEDIUM SECURITY REQUEST SLIP

- [ ] CHAPLAIN
- [ ] JOB
- [ ] WAREHOUSE
- [ ] EDUCATION
- [ ] RECREATION
- [ ] CELL CHANGE
- [x] OTHER: GRIEVANCE COORDINATER
- [ ] HAIRCUT

FROM: STEPHEN REISE ID#: 501887

MOD-CELL: DR 22 B JOB: BLK PORTER

TO: LIEUTENANT FLYNN DATE: July 8 2005

[ ] MISSED HAIRCUT APPOINTMENT

Resubmit After: ______

**REASON:** (see attached)

**REPLY:**

**SIGNATURES:**

Officer (Required) Responding Staff

LtK.H\doc\form\Request Slip.11/02-1

Conversation July 21 2005 MY COPY

As per conversation during Happy hour in Dining room On July 21 2005 Lieutenant Flynn Stated that he Said that Staff Shortages "~~might~~ be due to Staff Shortages" he further advised me that the problem has been resolved, ~~this indicating~~ from his point of view, this indicating the he will not entertain a level one grievence, despite that he has ~~supplied me~~ failed to supply me with a reason Sick Call was Closed or clone an investigation as to why it was Closed. and without any ~~...~~ Without assurance that the problem will not reoccur. ~~...~~ any documentation other than his Verbal assurance the petitioner is not protected from repeat occurrances of the Same problem.

Note! Petitioner disagrees that the word "might" ~~was~~ has been used, Furthermore Petitioner At this time is Satisfied ~~that~~ the Problem is resolved

7/8/2005

TO: Lieutenant Flynn
Warden Whitman
A. T. Wall

FROM: STEPHEN REISE
DR 22 B/Medium One

SUBJECT: Closing of Sick Call

Dear Sirs,

This informal request for the resolution of grievance pertains to the closing of sick call posted on the Medium One Infirmary entrance door some twelve days out of the past thirty-five days, with the last two recent closings being July 1 2005 and July 8 2005.

The sworn affidavits of Melvin White and A.T. Wall dated January 20 2005, (attached), clearly state that sick call is twice a day. However, not three weeks after the taking of these sworn affidavits, Notice's were posted on February 8 2005 and March 4 2005, (attached), which clearly state that Sick Call is only between 7:15 AM and 8:30 AM ONLY!, both postings bare Melvin White's authorization.

As you can see, this scenario, accompanied by the recent closings of the only sick call times available each day, clearly create an atmosphere of false filing of affidavits in relation to the attached sworn affidavits of Melvin White at Paragraph 8, and A.T. Wall at Paragraph 4, used in District Court Case No. 04-0158(ML). Furthermore the closing of sick call effects mine and others health and well being during a time that such a basic necessity such as hot water is unavailable in our cells to even wash our hands. Not only are we deprived of hot water which is necessary to kill levels of bacteria to protect ourselves from illnesses such as viruses and bacterial formed illnesses and the common cold, treatment such as sick call is unavailable.

Respectfully,

[signature]

2

# AFFIDAVIT OF DIRECTOR A.T. WALL

1. I am the Director of the Rhode Island Department of Corrections, appointed in March 2000. Prior to this appointment, I served in the capacity of Interim Director from October 1999 – February 2000, and prior to this appointment, I served in the capacity of Assistant Director of Administration since 1987.

2. I am a defendant in my official and individual capacities in Reise v. Wall et. al, 04-158ML. I am aware of the general subject matter of Mr. Reise's allegations.

3. I am aware that Mr. Reise makes various allegations concerning his health care, including but not limited to, delay in ordering CPAP parts, failure to follow doctors orders, and withholding the severity of a medical condition. I have had no direct involvement concerning Mr. Reise's medical care and have no reason to believe such allegations have merit. To my knowledge, the Department and its staff have provided appropriate health care to Mr. Reise consistent with the community standards.

4. It is also the Department of Corrections policy to provide all inmates with access to the ability to make their medical needs known. Consistent with this policy, at Medium One Security, medical request slips are readily available to all inmates; sick call is provided for inmates to see a nurse twice a day without an appointment to discuss any medical need; during the hours of 11:00 pm to 7:00 am medical personnel are physically present and available on call for inmates at the Department of Corrections, and inmates at Medium One have access to physiatrists and psychologists. In addition, there is no policy that the dentist pull a tooth rather than fill a cavity. *

5. The Department of Corrections has a Grievance Policy (#13.10) that has a three tier level for filing inmate grievances. The first level is to file with the lowest level of the chain of command and the second level is an appeal to the Warden of the facility where the inmate resides. The final avenue of an inmate's administrative remedy is to appeal to me, as Director. The Department's Grievance Coordinator, Robert McCutchean, who has been designated and sworn by me as Director, has reviewed his files and advised me that there is no record that Mr. Reise has filed any grievance with him from 2001 to the present.

A.T. Wall II

A.T. Wall
Director, Rhode Island Department of Corrections

Subscribed and sworn to before me in the City of Cranston, State of Rhode Island on this 25th ~~2nd~~ day of January, 2005.

NOTARY PUBLIC
Commission Expires: 11-04-05

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
JOHN J. MORAN, MEDIUM SECURITY FACILITY
MEMO

DATE: March 4, 2005

TO: All Inmates
DEPT: Medium Security

FROM: Nurse Loraine Ware
DEPT: Medium Security

SUBJECT: Dispensary Information

The nursing staff would like to inform all inmates that **any** and **all** inquires regarding co-payment deduction errors are to be sent to the **Inmate Accounts Office** within thirty (30) days of the posted transaction. Note: It is important to provide them with copies of the disputed charges. If Inmate Accounts does **not** resolve the problem within thirty (30) days, please send copies of the disputed amount to **Mr. Joseph R. Morocco, ASSOCIATE DIRECTOR, Health Care Services.** The nurses here at Medium Security cannot assist you in this matter!

Inmates are advised that it is in their best interest to keep records for all charges pertaining to all Doctor visits and medication, etc. for which they have signed.

Medical Request Slips MUST include **inmates ID number** or they will be discarded!

**NURSE LORAINE WARE**

**SICK-CALL HOURS**

All inmates should be advised that SICK-CALL hours are only between **7:15am** and **8:30am**, daily (Monday-Fridays). DO NOT SHOW UP AFTER 8:30am, unless it is an EMERGENCY! As you will be TURNED AWAY!! SICK-CALL is held at 9:30am on Saturday, Sunday, and Holidays.

**MEL WHITE, NURSE AND C/O MACHADO, INFIRMARY OFFICER**

Loraine A. Ware LPN

6

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
JOHN J. MORAN MEDIUM SECURITY FACILITY
MEMO

**DATE:** July 11, 2005

**TO:** ALL INMATES
**DEPT:** Medium Security

**FROM:** Nurse Loraine Ware
**DEPT:** Medium Security

**SUBJECT:** Dispensary Information

---

**DISPENSARY INFORMATION:**

The nursing staff would like to inform all inmates that any and all inquires regarding co-payment deduction errors are to be sent to the **Inmate Accounts Office** within thirty (30) days of the posted transaction. Note: It is important to provide them with copies of the disputed charges. If Inmate Accounts does not resolve the problem within thirty (30) days, please send copies of the disputed amount to **Mr. Joseph R. Morocco, ASSOCIATE DIRECTOR, Health Care Services.** The nurses here at Medium Security cannot assist you in this matter!

Inmates are advised that it is in their best interest to keep records for all charges pertaining to all Doctor visits and medication, etc. for which they have signed.

Medical Request Slips **MUST** include **inmates ID number** or they will be discarded!

**NURSE LORAINE WARE**

**SICK-CALL HOURS**

**All inmates should be advised that SICK-CALL hours are only between 7:15am and 8:30am, daily (Monday-Fridays). There is also a SICK CALL daily at 7:30pm. DO NOT SHOW UP AFTER 8:30am, unless it is an EMERGENCY! As you will be TURNED AWAY!!**

SICK-CALL is also held at 9:30am on Saturday, Sunday, and Holidays.

**MEL WHITE, NURSE AND C/O MACHADO, INFIRMARY OFFICER**

JM

7

July 15 2005

TO: Lieutenant Flynn

FROM: Stephen Reise

SUBJECT: Formal grievance LEVEL 1
SICK CALL

Dear Sir,

Upon our meeting on July 11 2005, we had discussed the situation of sick call in which you stated that the closing of sick call was due to understaffing of which is not a grievable matter. However upon further research of the matter this may be an exception. The acting Program Medical Director, Michael Poshkus, the Administrative Medical Director Joseph Marocco and the Director of the Department of Corrections A.T. Wall all play a responsible part in the policies of adequate back up procedures when current staff are unavailable to work for what ever reason, closing sick call is not an answer and shows an attitude of deliberate indifference and amounts to inadequate health care. I find it hard to believe that director A.T. Wall in his sworn affidavit at paragraph #4 states that medical personnel are present and on call for inmates during the hours of 11:00 PM to 7:00 AM, when no personnel are physically present or available or on call to hold sick call during normal working hours.

This conduct is unexceptable and is of the exact same nature reflected in my lawsuit 04-0158 (ML) and the excuse I received of understaffing is not an answer. It is in my interest I be assured this does not happen again and that a effective policy is put in place to prevent the closing of sick call due to shortages of staff. The fact that these closings were almost two weeks out of the last month reflects that noone cared enough to try and remedy the problem or recognize it was a problem. I must pursue the Grievance procedure until I receive word from the proper authority in writing that a proper and efective policy has been placed in effect to prevent the closing of sick call due to shortages in staffing.



8

Upon our July 14 2005 meeting, you assured me that sick call postings on the entrance door will cease of which I am appreciative. However, I would respectfully request in writing that an effective back up plan be placed into effect or this administration see that sick call is not closed based on the excuse that medical personnel are unavailable to work. In order not to proceed to a level one grievance, I would need some type of documentation that the problem has been resolved. Without such response my informal grievance could be interpreted as not being followed through with or as frivolous. Furthermore, it has no binding effect of an amicable agreement between parties. I thank you for your willingness to resolve this matter and the professionalism you have shown in it's handling.

Respectfully,

Stephen Reise

cc. A.T. Wall



9

August 1 2005

TO: Acting Grievance coordinator
Warden Whitman
A.T. Wall

FROM: Stephen Reise

RE: Sick call

Dear sirs,

The petitioner filed a informal request for resolution of grievance on or about July 8 2005. The complaint was related to the posting of sick call on the entrance to the Medium one hospital door some twelve out of thirty-five days between the end of May through July 1 2005. A copy of this complaint was sent to all department heads described above.

As per conversation during Happy hour in the dining room on July 21 2005, one of three times I met with the grievance coordinator Lieutenant Flynn relating to this matter, I was advised the problem was solved. During a meeting with Lieutenant Flynn on July 11, 2005, I believe I heard the Lieutenant state the problem was due to a shortage of staff. However the lieutenant then stated on July 21 2005 he said "it might of been due to a shortage of staff". The Lieutenant expressed a concern in quoting him and for the record I would request that all communication concerning this matter be in written form and documented so that no further confusion arises.

At this point the Lieutanant assured me the problem was solved, despite there was no investigation or no explanation as to why the closings of sick call took place. Even with the fact that I was provided no documentation and only a verbal assurance, I decided not to press the issue to a formal grievance.

However, not ten (10) days latter the closing of sick call resumed and was posted on the hospital door on July 31 2005 and August 1 2005 and may have been posted as closed prior to these dates and I did not notice.

The Order, Judgment and Decree of the settlement agreement of the United States District Court of Rhode Island of Palmigiano v Sundlun, C.A. No. 74-0172 and 75-0032 at page 16, at §IV, states, "The defendants shall at all times maintain an adequate and constitutional system of medical, dental, and mental health care. They shall employ sufficient staff to maintain a primary care system with a focus on preventive health care, health maintenance and prospective



10

management of chronic diseases."

The Department of Corrections through its director are in civil contempt of the above order and agreement by making sick call unavailable for what the Nurse on duty at the window at 11:45 am July 31 2005 referred to as Staff shortages.

Wherefore the petitioner is filing a formal grievance relating to this subject. It has come to my attention that the grievance coordinator Lieutenant Flynn is off duty for two weeks. I have approached Captain Vitale during Happy Hour today August 1 2005, and have asked him who will be acting Grievance coordinator while lieutenant Flynn is on vacation. The captains answer reflected he did not know and asked me to get back to him as he will investigate the situation.

I would have thought that to preserve the availability of utilizing administrative remedies that the administration would have designated this position to someone before the lieutenant went on vacation. Wherefore this letter seeks to keep you abreast of the present situation and advise you that a formal grievance concerning this matter will be submitted as soon as I am notified of who will be acting as grievance coordinater or who will be accepting my grievance. This documentation is brought to the directors attention as the closing of sick call issue is an issue currently in litigation.

Respectfully,

Stephen Reise
I.D. # 501887
DR_22 B/ MED ONE



11

August 2 2005

To; Grievance Coordinator
Warden Whitman
A.T. Wall

From: Stephen Reise

RE: August 1 2005 letter.

---

Dear Sirs,

This evening Captain Vitale has informed me of who will be acting as grievance coordinator during Lieutenant Flynns absence. I must apoygize for what I thought was an oversight on your administrations part. I further must say that I am most appreciative in the prompt response and the diligence the Captain was able to direct me in the proper direction and the professional manner that he has shown.

August 4 2005 6:00 pm
LT Vicino Stated he was not acting Grievance Coordinator.

Respectfully,

Stephen Reise

[signature]

NOTE:

August 3 2005 3:50 pm

Captain Vitale told me to see Lt ~~Viverious~~ Viverious this evening. upon asking an officer out in front of the ~~dining room I was told Viverious works in another building.~~ I was misled by Captain Vitale and was told by the officer in front of the dining room that I must see LT. Pashoal to submit my Grievance in the morning.

August 4/2005 8:00 AM Captain Vitale said Lt Vacino, not Viverous my fault.

12

# Efforts to Submit my Level One Grievance

8/1/05, 11:45 AM. (Lunch)
I asked Officer Baker where I might find Lt. Flynn. Officer Baker advised me he was off for two weeks. I then asked him who would be accepting grievances in his absence and he stated he did not know and directed me to Captain Vitale

8/1/05, 11:50 A.M (Lunch)
I asked Captain Vitale who would be acting grievance Coordinator in Lt. Flynn's absence? He stated he did not know but get back to him, as he would look into it.

8/2/05, 4:00 PM (Dinner)
Within twenty four hours Captain Vitale stated that my grievance should be given to Lt. Vicino who is acting Grievance Coordinator, on the 3:00 to 11:00 Shift (PM)

8/3/05, 3:50 PM (Dinner)
I inquired to the officers in front of the dining room as to where I might find a Lt. Vivarus and was told he was not in this building. This was my mistake as I am very poor with names and my memory is very poor due to Obstructive Sleep Apnea.

8/4/05 8:00 AM (Breakfast)
I spoke with Captain Vitale who corrected me by advising me it was Lt Vicino I needed to see and not Lt. Vivarus.



3

8/4/05 6:00 PM (Education Movement)
I spoke with Lt. Vicino who had no idea why Captain Vitale would send me to him and stated he was not acting grievance coordinator.
8/5/05 8:00 AM (breakfast)
I approached Captain Vitale who stated that I must speak to deputy Warden Kaszyk because that is who told the Captain that Lt. Vicino was the acting grievance coordinator in Lt Flynn's absence.
8/5/05 11:55 A.M. (Lunch)
Deputy Warden Kaszyk was not available, at which time I spoke with Deputy Warden Hilterman, who stated that Lt. Vicino is acting grievance coordinator. I explained that I spoke with this Lieutenant last night and he advised me he was not acting grievance coordinator. Deputy Warden Hilterman insisted that I submit my grievance to Lt. Vicino and to see him tonite.
8/5/05 4:33 pm (Dinner)
I spoke with Lt. Meehan who advised me Lt. Vicino is not working tonite.
8/6/05 4:00 pm (Dinner)
Did not see Lt. Vicino During Chow or in the yard.
8/7/05 4:45 pm (Dinner)
~~Again spoke with Lieutenant Vicino who was very polite~~ and I explained that I was told to submit my grievance to him by both Captain Vitale and Deputy Warden Hilterman and he stated he is not acting Grievance Coordinator.



14

It is worth noting that upon my Conversation with Captain Vitale on 8/5/05 at 8:00 Am, that the Captain directed me to deputy Warden Kaszyk. Because I did not see deputy Warden Kaszyk on this Same day at lunch time, I spoke with deputy Warden Hilterman, who stated that Deputy Warden Kaszyk would not be back until tuesday. Because I was told by the Captain to see deputy Warden Kaszyk, I made sure that I made deputy Warden Hilterman that the question I asked was suppose to be pased to deputy Warden Kaszyk, at which point deputy Warden Hilterman advised me that I should wait and ask my question to deputy Warden Kaszyk. Not satisfied with this answer I explained it was a general question and the asked him who the acting grievance Coordinater was in Luitenant Flynn's absence, in which his reply was Lt. Vicino.

Tonite, Lt Vicino stated he did not know why they would tell me that because he isn't even regularly scheduled to be working. It should be noted that Lt. Vicino was not working when I was directed to see him on the 3:00 to 11:00 Shift on 8/5/05 as well. He also stated "any Brass Can Sign my grievance!"

For one full week I have tried to Submit my grievance and have been through officers, Lietenants, a Captain and a deputy warden. I have made eleven Contacts with DOC Staff, yet am unable to submit my grievance.



[signature]

15