**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN REISE** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-158-ML** |
| | : | |
| **ASHBEL T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MATOLA, MEL WHITE, sued in their individual and official capacities** | : | |
| | : | |
| **Defendants** | : | |

**DEFENDANT SCOTT ALLEN'S OBJECTION TO PLAINTIFF STEPHEN REISE'S "OBJECTION TO REPORT AND RECOMMENDATION OF A DENIAL OF PRELIMINARY INJUNCTION ON JUNE 16, 2005"**

Defendant Scott Allen hereby joins co-defendants Baruh Matola, Ashbel T. Wall, Joseph Marocco and Melvin White in objecting to plaintiff's "Objection to Report and Recommendation of a Denial of Preliminary Injunction on June 16, 2005." In support thereof, Defendant Allen relies upon the memorandum of law responding to Plaintiff's objection submitted by defendants A.T. Wall, Joseph Marocco, and Melvin White, a copy of which is attached hereto.

Defendant,
Scott Allen
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 12 day of August, 2005, to the following:

Stephen Reise, Pro se
P.O. Box 8274
Cranston, RI 02920

Michael W. Field, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jeffrey G. Latham, Esquire
Tate & Associates
321 South Main Street
Providence, RI 02903

*Obj to P's Obj to rpt and recc of denial of prelim injunc 8.10.05.wpd* Peggy Medeghi

4048
COD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STEPHEN REISE
Plaintiff

v. U.S.D.C. No. 04-158ML

ASHBEL T. WALL, JOSEPH MAROCCO
SCOTT ALLEN, BARUH MATOLA, MEL
WHITE, sued in their individual and official
capacities
Defendants

**DEFENDANTS A.T. WALL, JOSEPH MAROCCO, AND MELVIN WHITE'S OBJECTION TO PLAINTIFF'S "OBJECTION TO REPORT AND RECOMMENDATION OF DENIAL OF PRELIMINARY INJUNCTION ON JUNE 16, 2005"**

Now comes Defendants Wall, Morocco, and White (hereafter "Defendants") and object to Plaintiff's "Objection to Report and Recommendation of a Denial of Preliminary Injunction on June 16, 2005." As the basis for said objection, Defendants assert that Plaintiff's objection is untimely.

Pursuant to Fed. R. Civ P. 72 (a) "[w]ithin 10 days after being served with a copy of the Magistrate Judge's Order, a party may serve and file Objections to the Order; <u>a party may not thereafter assign as error, a defect in the Magistrate Judge's Order to which Objection was not timely made</u>." (Emphasis added). Here, Plaintiff Reise is objecting to a June 16, 2005 Report and Recommendation by an objection mailed on July 22, 2005 – a period of thirty-six (36) days since the Report and Recommendation was issued. Because of the amount of time that has elapsed, Reise's objection is untimely and should be denied.

Furthermore, Reise utterly fails to establish that he has satisfied any of the four prongs necessary for the issuance of a preliminary injunction. Most notably, although

RECEIVED AUG 0 3 2005

Reise argues that the "Granting of Summary Judgment to the Defendant's has no b[ea]ring whatsoever in relation to the likelihood of success on the merits of the case," it is difficult to imagine a plaintiff with a more difficult legal burden than establishing a likelihood of success in a lawsuit where a Magistrate Judge has already recommended that Summary Judgment be granted.

For the reasons discussed, Defendants respectfully pray Plaintiff's Objection be denied.

Respectfully Submitted,

Defendants, A.T. Wall, Joseph Marocco
and Melvin White

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael W. Field #5809
Special Assistant Attorney General
Thomas A. Palombo
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 x 2380
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of the within Memorandum, first-class mail, postage pre-paid, on this 3rd day of August, 2005 to those indicated below:

Stephen Reise
Post Office Box 8274
Cranston, RI 02920

Jay Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Alan Tate, Esquire
Rebecca Warr, Esquire
Tate and Associates
321 South Main Street
Providence, Rhode Island 02903

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of the within Memorandum, first-class mail, postage pre-paid, on this 3rd day of August, 2005 to those indicated below:

Stephen Reise
Post Office Box 8274
Cranston, RI 02920

Jay Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Alan Tate, Esquire
Rebecca Warr, Esquire
Tate and Associates
321 South Main Street
Providence, Rhode Island 02903