UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND court original

STEPHEN REISE PRO SE

V. CASE NO. 04-0158(ML)

A.T. WALL et. al.

## PLAINTIFF'S RESPONSE TO "DEFENDANT'S WALL, MAROCCO, AND WHITE'S OBJECTION TO PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF DENIAL OF MY PRELIMINARY INJUNCTION ON JUNE 16 2005

Now comes the plaintiff, Stephen Reise, who received the above documentation with two other documents dated June 13 2005. One document was another "Report and Recommendation", and the other was a "Memorandum and Order". The attached Motion for an extension of time, states that "I did not receive this documentation until June 17 2005", and that was most likely due to the above documentation not being entered until June 16 2005.

The plaintiff inadvertently thought that all the documentation that was sent in the same envelope reflected the same date of June 13 2005. If you refer to my "Objection", you will see that the caption reflects a June 16 2005 date, however throughout the contents of the document, I refer to it as a June 13 2005 document.

As a pro se who suffers from obstructive sleep apnea which compromises my memory and ability to pay attention, this was a inadvertent mistake. This was during a time that my full face mask had failed compromising my treatment resulting in returned symptoms of my Obstructive Sleep Apnea. At this time I was using a nasal mask that has been found grossly inadequate by a specialist, while I awaited for the proper replacement mask, which took five weeks to acquire. Without the proper mask I was subject to the returned symptoms of memory loss, inability to pay attention, and the compromise of my cognitive motor skills.

Wherefore, I pray that I am not prejudiced by this mistake that was due to the failure of my CPAP parts resulting in returned symptoms. Pleasd find a copy of my letter to the Acting Medical Director Michael Poshkus in relation to this problem attached.

The Plaintiff further claims that due to this medical condition this inadvertent mistake was overlooked by the plaintiff in being included in his request for extension of time. The Plaintiff requests that the filing of response to the denial of the preliminary injunction find relief under the "Motion For Leave To File Motion for Extension of Time" which was granted by this court. It was the intention of the plaintiff that the extension of time apply to all documentation that I received on June 17 2005, of which I believed reflected the same date of June 13 2005. Wherefore, the plaintiff requests that my previously filed objection be accepted under the protection of the justice's granting of the attached extension on July 5 2005.

Respectfully,

STEPHEN REISE
P.O. BOX 8274
CRANSTON, RI, 02920

## CERTIFICATION

I hereby swear upon penalty of perjury that this dacumentation was placed in the interdepartmental Mailbox,Postage prepaid on this 8 day of August 2005, and mailed to the persons below.

JAY ELIAS ESQ
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

MICHAEL FIELD/THOMAS PALOMBO
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN ST.
PROVIDENCE, RI, 02903

ALAN TATE/REBECCA WARR ESQ
321 SOUTH MAIN ST
PROVIDENCE, RI, 02903