UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND Court original

STEPHEN REISE PRO SE

VS. CASE NO. 04-0158(ML)

ASHBEL T. WALL et.al.

PLAINTIFFS RESPONSE TO DEFENDANTS WALL, MAROCCO, AND WHITE'S MEMORANDUM OF LAW RESPONDING TO PLAINTIFFS "MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS"

Now comes the plaintiff who states the defendants complaint of how I have requested "Motion for Leave", which by the way, is not their first observation as claimed, but an issue that has been raised before this court before.

As an indigent inmate who has not been afforded in forma pauperis, states that the February 1 2005 ORDER, was not meant to oppress the plaintiff by exposing him to a further financial burden and expense of filing a separate document to request leave by imposing separate copy costs and postage costs. The Court has allowed this procedure in past filings most likely on the basis of my indigent status and the fact that this procedure does not prejudice the defendants in any way.

In Furtherance, the plaintiff has provided and filed certified copies of his prison bank statement for the preceeding six months with the Court. I am not aware that I am <u>required</u> to provide my financial statements which is considered privileged information under privacy acts. Rhode Island General law 38-2-2, section 4, subsection (A) protects my rights from having to release such detailed financial records. The defendants were afforded an overall view through the in forma pauperis forms submitted and were provided all my legal forms associated with my finances. The defendants are not involved in the decision of the denial or granting of in forma pauperis, thus this information is not relevant to them.

The defendants have been provided this information upon the past two denied requests for in forma pauperis during the course of this litiagation. As an incarcerated inmate their has been very little change and the only fluxuations are in my meager prison pay ranging from .50¢ to $3.00 per day.

Moreover, the defendants bring up the frivolous matter of a July 6 2005 ORDER, attached to their objection, while fully being aware that my July 14 2005 filing and response to this ORDER has stated that I have shown cause in writing as the court requests over two weeks prior to this ORDER on June 22 2005. The defendants with full knowledge that this ORDER has been responded to, have submitted it with their objection with the intention of giving the appearance that I have not expressed diligence in my litigation.

Finally, the defendants in asking this court to deny my Motion to proceed in forma pauperis based of their speculation that my appeal will be dismissed as interlocutory is ridiculous and absurd.

Wherefore the Plaintiff asks that my in forma pauperis be granted or at the very least if this Court deems that I am not protected through the privacy acts that I be granted thirty (30) days in which to supply the certified prison bank statements as cited in FLATT V. WILLIAMS, 669 Fsupp 841, to the defendants.

Respectfully,

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

**CERTIFICATION**
**28 USCA 1746**

I hereby swear upon the penalty of perjury that a true copy of this documentation was mailed through the interdepartmental mail system, postage pre-paid, on this 8 day of August 2005, and mailed to the persons below;

JAY ELIAS ESQ.
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

ALAN TATE ESQ.
321 SOUTH MAIN STREET
PROVIDENCE, RI, 02903

MICHAEL FIELD
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN STREET
PROVIDENCE, RI, 02903