UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**STEPHEN REISE,**
**Plaintiff,**

**v.** **C.A. No. 04-158ML**

**A.T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MATOLA, and MEL WHITE,**
**Defendants.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for defendants A.T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MATOLA, and MEL WHITE, against plaintiff STEPHEN REISE, pursuant to this Court's Memorandum and Order dated August 19, 2005, GRANTING the motions for Summary Judgment filed by defendants Wall, Marocco, Allen, Matola, and White.**

Enter:

Deputy Clerk

DATED: **August 19, 2005**