UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Court copy

STEPHEN REISE PRO SE

VS. CASE NO. 04-0158(ML)

ASHBEL T. WALL et. al.

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR LEAVE FOR A

MOTION FOR AN ORDER FROM THE COURT TO ENFORCE THE D.O.C. TO PROVIDE COPIES TO THE PLAINTIFF WHEN THE COPY MACHINE IS OUT OF SERVICE

Now comes the plaintiff who raises the issue of his inability to obtain copies. This issue should be nothing new to this court as the breakdowns of the only copy machine that is accessable to inmates to copy legalwork have been frequent and lengthy.

The plaintiff has advised this court of breakdowns in the following filings; August 23 2004, August 27 2004. September 7 2004, September 16 2004, November 17 2004. November 6 2004, I asked that this Court order the D.O.C. to sign off when the copy machine was out of service so that I could record how frequently that these breakdowns occurred and the effect that this had on my ability to litigate. On November 30 2004 this motion was denied.

On November 8 2004. this court entered an ORDER stating the plaintiff should make arrangements with the D.O.C. to photocopy necessary documents after the plaintiff indicated that he had no access to a copy machine due to it being out of service. The D.O.C. provided a procedure to submit legal work to counselors and they would in turn provide copies the next day. The copy machine has been out of service since August 10 2005 until present and on several occassions before this.

On August 12 2005, I approached my counselor Keri Skwirtz and requested copies at my expense and was refused. I advised her that the copy machine was out of service and I was told to "file an extension with the court" or wait until the copy machine is fixed. I explained that an extension in my case would not remedy my problem and her response was "OH WELL!". The filings I needed to make are under F.R.A.P. RULE 27(b), for "Emergency Relief", of which necessitates prompt and advance notice to the clerks office as a prereq-

This case was dismissed, therefore there is no authority to grant this Motion. Accordingly it is denied as moot. Mary M. Lisi USDJ 9/15/05