United States District Court
For the District of Rhode Island
File Number 04-0158 (ML)

Court Original

STEPHEN REISE PRO SE

**NOTICE OF APPEAL**

VS.

ASHBEL T. WALL, JOSEPH MAROCCO, MELVIN WHITE,RN.
Dr. BARUH MOTOLA AND Dr. SCOTT ALLEN

Notice is hereby given that Stephen Reise, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgments and order of the **GRANTING** of Summary Judgment entered in this action on the 19th day August 2005.

Respectfully,

STEPHEN REISE PRO SE
P.O. BOX 8274
CRANSTON, RI, 02920

Mailed 9/15/05

**CERTIFICATION**
28 USC 1746

I hereby swear upon penalty of perjury that this documentation was placed in the interdepartmental Mailbox,Postage prepaid on this 25 day of September 2005, and mailed to the persons below.

JAY ELIAS ESQ
1600 FINANCIAL PLAZA
PROVIDENCE, RI, 02903

MICHAEL FIELD/THOMAS PALOMBO
ATTORNEY GENERALS OFFICE
150 SOUTH MAIN ST.
PROVIDENCE, RI, 02903

ALAN TATE/REBECCA WARR ESQ
321 SOUTH MAIN ST
PROVIDENCE, RI, 02903

RESPECTFULLY,

STEPHEN REISE PRO SE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**STEPHEN REISE,**
**Plaintiff,**

**v.** **C.A. No. 04-158ML**

**A.T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MOTOLA, and MEL WHITE,**
**Defendants.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for defendants A.T. WALL, JOSEPH MAROCCO, SCOTT ALLEN, BARUH MOTOLA, and MEL WHITE, against plaintiff STEPHEN REISE, pursuant to this Court's Memorandum and Order dated August 19, 2005, GRANTING the motions for Summary Judgment filed by defendants Wall, Marocco, Allen, Motola, and White.**

Enter:

Deputy Clerk

DATED: **August 19, 2005**

347