UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 27, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 04-158ML
Stephen Reise v. Ashbel T. Wall, et al.

CCA # 05-2451

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Enc.: Case file (**6 volumes**); certified docket

cc: Attorney General's Office
APPELLATE DIVISION
150 South Main Street
Providence, RI 02903