*United States District Court*
*For The District of Rhode Island*
*Providence, RI 02903*

*April 3, 2006*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2500*
*Boston, MA 02210*

*RE: USA vs. Stephen Reise*
*USDC-RI CR 04-158ML*
*USCA # 04-2451*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Two (2) Cassette tapes for hearings on 1/11/05 and 1/27/05 before Judge Hagopian*