04-00158
USDCRI
Judge Lisi
Judge Hagopian

MAND

# United States Court of Appeals
## For the First Circuit

---

No. 05-1783

STEPHEN REISE,

Plaintiff, Appellant,

v.

A.T. WALL, ET AL.,

Defendants, Appellees.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: March 14, 2006

We have considered appellant's response to our order to show cause dated July 6, 2005. This appeal seeks review of a May 10, 2005 district court order refusing appellant's proffer of a document that exceeded authorized page limitations. As an interlocutory order, it is not immediately appealable. Moreover, contrary to appellant's contention, the order would not warrant review either by way of mandamus jurisdiction or pursuant to 28 U.S.C. § 1292(b). We note that appellant filed a notice of appeal from the subsequent entry of a final judgment which has gone forward to briefing (Appeal No. 05-2451) and in which appellant has raised his complaints about the May 10 order.

Accordingly, we dismiss this appeal for lack of jurisdiction.

Appellant's motions for a court order directing appellees to "provide access and availability to photocopying for legal documents" are denied.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Perez

Deputy Clerk

Date: 4/5/06

[cc: Stephen Reise, Thomas Palombo, AAG, Michael Field, AAG, Jay Elias, Esq.]